[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13481
Non-Argument Calendar
_____

D.C. Docket No. 2:07-cr-00116-MEF-TFM-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

                         versus

JASON SIMPSON,

                                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(February 19, 2013)

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

        Daniel G. Hamm, appointed counsel for Jason Simpson in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967).  Our independent review of the entire record reveals that counsel's

assessment of the relative merits of the appeal is correct.  Because independent

examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED**, and the revocation of Simpson's supervised

release and his sentence are **AFFIRMED.**